NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
PENELOPE J. BRADY
ANDOLYN JOHNSON
Nevada Bar No. 14723
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada  89501
(775) 784-5438
Penelope.Brady@usdoj.gov
Andolyn.Johnson@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN BRYAN,<br><br>　　　　　Defendant. | Case No. 3:19-CR-00060-MMD-WGC<br><br>STIPULATION TO EXTEND TIME TO FILE REPLY TO DEFENDANT'S RESPONSE [ECF #28] TO GOVERNMENT'S MOTION [ECF #25]<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through Nicholas A. Trutanich, United States Attorney for the District of Nevada, Penelope J. Brady, Assistant United States Attorney, counsel for the United States of America, and Christopher Frey, Assistant Federal Public Defender, counsel for Defendant Steven Bryan, to extend the time in which the Government's Reply to Defendant's Response [ECF #28] to the Government's Motion [ECF #25] is due from December 21, 2020, to January 15, 2021. This is the first request for an extension. Trial is currently set for March 8, 2021.

Government counsel is respectfully requesting the additional time to reply to the defendant's response because (i) the implications for the Washoe County Sherriff's Office Forensic Science Division ("WCSO-FSD") could be potentially significant and the government is gathering input from them, (ii) the recent hospitalization of a family member of one of the government's counsel, and (iii) out of state travel for medical procedures scheduled for one of the government's counsel in early January. As such, the parties are stipulating to an extension of the Government's reply date from December 21, 2020 until January 15, 2021. The additional time requested for the filing the responses is requested mindful of the current trial date of March 8, 2021, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED: December 21, 2020.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Penelope J. Brady*<br>PENELOPE J. BRADY<br>Assistant United States Attorney | */s/ Christopher Frey*<br>CHRISTOPHER FREY<br>Assistant Federal Public Defender<br>Counsel for Defendant |

IT IS SO ORDERED.

DATED: December __21__, 2020.

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE